**COTTONE & MOON**
EDWIN R. COTTONE, ESQ. (SBN 222689)
PRISCILLA MOON, ESQ. (SBN 220819)
5000 BIRCH STREET, SUITE 3000
NEWPORT BEACH, CA 92660
TELEPHONE: (949) 260-2004
FACSIMILE: (949) 861-9922
EMAIL: ed@cottonemoon.com

# UNITED STATES DISTRICT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE B. WILLIAMS, as Trustee of the CAROLINE WILLIAMS CHARITABLE REMAINDER UNITRUST, a California Trust; and BLACK & WILLIAMS FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership, | Case No. SACV13-01310 DOC (AGRx) |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, N.A., a foreign incorporated entity; and THE VANGUARD GROUP, INC., a foreign corporation; and DOES 1 through 10, | |
| Defendants. | |

1

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs the Black & Williams Family Limited Partnership and Caroline B. Williams, as Trustee of the Caroline Williams Charitable Remainder Unitrust (collectively, "**Plaintiffs**"), and Defendants Wells Fargo Bank, N.A. and The Vanguard Group, Inc. (collectively, "**Defendants**"), file this Joint Stipulation of Dismissal of All Claims Without Prejudice, and show as follows:

1. On July 23, 2013, Plaintiffs filed Case No. 30-2013-00663878-CU-BT-CJC in the Superior Court for the State of California for the County of Orange, asserting claims against Defendants and ten (10) unidentified "Does" for (a) declaratory relief; (b) conversion; (c) trespass to chattels/personal property; (d) intentional interference with contractual relations; (e) intentional interference with prospective economic advantage; and (f) abuse of process.

2. On August 23, 2013, Defendant Wells Fargo Bank, N.A. removed the case to this Court. *See* Docket No. 1. Defendants separately filed answers on August 30, 2013. *See* Docket Nos. 4 and 5. The ten "Does" were never served with citation or summons and are not parties to this case. The complaint filed by Plaintiffs in state court on July 23, 2013 is the live complaint in this case.

3. Plaintiff now wishes to voluntarily dismiss all claims asserted in this case without prejudice to re-filing. Defendants have not asserted any claims in this lawsuit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the filing of this joint stipulated dismissal dismisses all claims without prejudice immediately upon filing without any further order by the Court. *See Swedberg v. Marotzke*, 339 F.3d 1139, 1142 (9th Cir. 2002).

///
///
///
///
///
///
///

COTTONE & MOON
LITIGATION ATTORNEYS

1   4.   The parties further stipulate that each party shall bear its own costs and fees
2 incurred in connection with this lawsuit.

Dated: ~~September~~ October 1, 2013

COTTONE & MOON

_____
Edwin R. Cottone, Esq. (SBN 222689)
Prascilla Moon, Esq. (SBN 220819)
5000 Birch Street, Suite 3000
Newport Beach, CA 92660
Telephone: (949) 260-2004
Facsimile: (949) 861-9922
Email: ed@cottonemoon.com

ATTORNEYS FOR PLAINTIFFS

THOMPSON & KNIGHT LLP

_____
Bruce J. Zabarauskas (SBN 248601)
10100 Santa Monica Blvd., Suite 950
Los Angeles, CA 90067
Telephone (310) 203-6902

Facsimile (310) 203-6980
Email: Bruce.Zabarauskas@tklaw.com

ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.

PERKINS COIE LLP

_____
James G. Bernald (SBN 205519)
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: JBernald@perkinscoie.com

ATTORNEYS FOR DEFENDANT
THE VANGUARD GROUP, INC.

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE